IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAMON HANKINS,<br>#59145-177,<br>　　　MOVANT,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　RESPONDENT. | §<br>§<br>§<br>§<br>§  CIVIL CASE NO. 3:21-CV-2448-M-BK<br>§  (CRIMINAL CASE NO. 3:19-CR-285-M-3)<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of February, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE